*F. Wattles,* and *Miss Helen R. Carloss* for respondent.

No. 85. MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* THOMPSON, TRUSTEE, ET AL. See *post,* p. 806.

No. 363. YOSHINUMA *v.* OBERDORFER REALTY AGENCY ET AL. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Young H. Fraser* for petitioner.

No. 426. ETTMAN *v.* FEDERAL LIFE INSURANCE CO. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE BLACK is of the opinion that the petition for writ of certiorari should be granted. *Mr. J. L. London* for petitioner. *Mr. Wayne Ely* for respondent.

No. 295. DEMARCOS *v.* OVERHOLSER, SUPERINTENDENT. November 8, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *J. Ralph DeMarcos, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for respondent.

No. 367. LONAS *v.* NATIONAL LINEN SERVICE CORP. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. O. Lowe* for petitioner. *Mr. Sol I. Golden* for respondent. *Messrs. Stanley I. Posner* and *Henry J. Fox*

filed a brief on behalf of the Linen Supply Assn., Inc., as *amicus curiae,* in opposition to the petition.

No. 394. FLAVIN *v.* FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS. November 8, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Martin Kane Flavin, pro se. Messrs. James A. Davis* and *Leon Quat* for respondent.

No. 408. KELLY *v.* DOWD, WARDEN. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Garfield J. Kelly, pro se.*

No. 369. BAKER ET AL. *v.* BELLOWS, EXECUTRIX. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Norman Baker, pro se.*

No. 395. UNITED STATES *v.* CUSHMAN, EXECUTRIX. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Fred A. Steiner* for respondent.

No. 419. STALEY, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles C. LeForgee* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R.*